Michael Charles Benson, AK Bar No. 1311070
Assistant Federal Public Defender
Email: Michael_Benson@fd.org
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:25-mj-00327-1 |
| Plaintiff, | |
| v. | NOTICE OF APPEARANCE OF COUNSEL |
| LUCY CAROLINE SHEPHERD, | |
| Defendant. | |

Please be advised that Assistant Federal Public Defender Michael Charles Benson has been added as counsel in the above-captioned case.

Dated: December 1, 2025.

                                             */s/ Michael Charles Benson*
                                             Michael Charles Benson, AK Bar No. 1311070